AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 25 2024

LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
121 Glenwood Hollow Road, Barren Springs, VA 24313 )
)

Case No. 1:24 mj 22

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See attachment B

located in the _____Western_____ District of _____Virginia_____ , there is now concealed *(identify the person or describe the property to be seized):*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 2250 | Failure to register as required |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Troy Justice, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/25/24

*Pamela Meade Sargent*
*Judge's signature*

City and state: Abingdon, VA

Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

## Attachment A

1. I, Troy Justice, do hereby swear and depose the following:

2. I make this affidavit in support of a search warrant regarding Brandon Lee EASON and residential home at 121 Glenwood Hollow Rd, Barren Springs, VA 24313, where EASON has resided since approximately March of 2021 or earlier.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I know that if a person (a) is required to register under the Sex Offender Registration and Notification Act, (b) travels in interstate commerce, and (c) knowingly fails to register or update a registration as required by the Sex Offender Registration and Notification Act (SORNA), then that person is in violation of Title 18, United States Code, Section 2250(a).

5. Based on the facts set forth in this affidavit, there is probable cause to believe that EASON has violated 18 U.S.C. § 2250, by failing to register as required under SORNA. Further, there is probable cause to believe that evidence of that crime will be found at 121 Glenwood Hollow Rd, Barren Springs, VA 24313.

6. I am a Deputy United States Marshal of the United States Marshals Service (USMS) and have been so employed since July 2019 and assigned to the Western District of Virginia (W/VA), Abingdon Division. I am a graduate of the Federal Law Enforcement Training Academy and the USMS Basic Deputy and Investigator Academy. In my capacity as a Deputy United States Marshal, I am educated in Federal and State Criminal Law, and responsible for enforcing the

1

same pursuant to the United States Constitution, Federal Criminal Code, and the Criminal Code of the Commonwealth of Virginia. I have participated in numerous investigations relating to fugitives, and in investigations relating to individuals who have violated SORNA. The USMS is an agency of the Executive Branch of the United States government and is charged with apprehending fugitives from justice.

7. On March 18, 2024, the Western District of Virginia, Abingdon Division was sent a collateral lead from the Southeast Regional Fugitive Task Force (SERFTF) Atlanta, Georgia office for Brandon Lee EASON for failing to register as a sex offender and probation violation.

8. On March 29, 2019, EASON was convicted of Obscene Internet Contact with a Child (in violation of Ga. Code § 16-12-100.2(e)(1)) in the Superior Court of Cherokee County, State of Georgia. EASON was sentenced to a term of ten (10) years with nine (9) years suspended to be served on probation. The conviction arose after EASON engaged in a continuing online conversation with a 14-year-old female in which EASON sent nude photos of himself to the minor.

9. EASON later failed to register as a sex offender in Georgia. On August 21, 2019, EASON was convicted for failing to register under Ga. Code § 42-1-12(n). He received five years of probation to be served concurrently with his previously imposed period of probation.

10. On February 14, 2020, EASON signed a form entitled "Georgia Sex Offender Registration Notification Form." Among other things, the form stated, "You are hereby notified that you must register in person in the State of Georgia for life unless relieved of that requirement by a court of competent jurisdiction." In addition, the form stated, "If you move to another state, you are required to report to the sheriff's office you last registered within the State of Georgia within 72 hours prior to moving and to the designated law enforcement agency in your new state of residence within 72 hours." The form also stated, "Under the Adam

Walsh Child Protection and Safety Act of 2006, 18 U.S.C. § 2250, if you fail to comply with registration requirements and are involved in interstate travel, you may be subject to federal prosecution." EASON wrote his initials next to each of those statements, as well as other statements included in the form.

11. During the investigation, information was obtained from various law enforcement agencies, an acquaintance of EASON, and a current neighbor of EASON. The information obtained indicates EASON currently resides with Rondha and Brandon Kitts at 121 Glenwood Hollow Road, Barren Springs, VA 24313, which is in the Western District of Virginia.

12. On July 08, 2020, The Meriwether County Sheriff's Office requested assistance from SERFTF/Atlanta in apprehending Brandon Lee EASON for warrants for failure to register as a sexual offender and probation violation. These warrants were issued for EASON on June 20, 2020, by the Meriwether County Sheriff's Office. EASON is accused of cutting off his electronic monitoring device (ankle monitor) and fleeing Georgia. Pursuant to EASON's conviction for Obscene Internet Contact with a Child, he was required to register as a "sexually violent predator" with the Georgia Bureau of Investigation/Meriwether County Sheriff's Office. In addition, I understand that EASON's conviction means that he is a sex offender under SORNA, and that he is required to register under SORNA.

13. On or about June 20, 2020, EASON removed his ankle monitor. Information provided by various law enforcement agencies within Georgia and Alabama indicate that EASON was the driver of a stolen vehicle that was recovered at 1781 CO Rd. 665, Helfin, AL. The owner of this residence, Darrell Daniel, told law enforcement that EASON stayed with him for three nights in July of 2020 and that he did not know EASON's current location.

14. On February 21, 2024, Task Force Office (TFO) Benjimen Blackburn with SERFTF located and interviewed a witness in reference to the time EASON

spent in Helfin, AL. The witness, who was an acquaintance of EASON and related to a member of law enforcement in the area stated EASON was picked up in July of 2020 by an unknown female's "ex-boyfriend" and taken somewhere in Virginia. The witness believed that the females name started with an "R." The witness also stated that EASON only had a Venmo card and a bag with him.

15. On February 29, 2024, TFO Blackburn was able to identify EASON's old Venmo account (with moniker Brandon-Eason-12) and obtain Venmo records. The records indicate that a username of "Roo Kitts" sent EASON money from June 09, 2020, to June 27, 2020. The records also indicate that "Roo Kitts" sent the money from Wytheville, VA. A record check search of "Roo Kitts" indicated an address of 121 Glenwood Hollow Rd. in Barren Springs, VA. No other information was attached to the name. Record checks revealed this property to be owned by Rondha and Brandon Kitts. "Roo Kitts" was listed as an alias for Rondha Kitts.

16. On March 20, 2024, TFO Wayne Kirby with the Capital Area Regional Task Force (CARFTF) along with Deputy Keith Goines with Wythe County Sheriff's Office interviewed a neighbor to Rondha and Brandon Kitts. The neighbor wished to remain anonymous but provided information regarding EASON. The neighbor identified EASON via name and photograph. The neighbor sold EASON an all-terrain vehicle (4-wheeler) approximately three years ago. During the time of that sale, EASON was residing at 121 Glenwood Hollow Rd. with Rondha and Brandon Kitts and has continued to reside there. The neighbor believes the three people (Brandon EASON, Brandon Kitts, and Rondha Kitts) are engaged in some type of relationship. The neighbor has seen EASON on a regular basis at this residence since March of 2021. The neighbor last saw EASON at the above listed address on March 17, 2024.

17. EASON has never registered as a sex offender in the Commonwealth of Virginia.

18. In summary, based on my investigation, training, and experience, I believe that EASON has been living in the Western district of Virginia since approximately March of 2021 or earlier; that EASON was required to register under the federal Sex Offender Registration and Notification Act because of his Georgia conviction; that he traveled in interstate commerce and is residing in the Western District of Virginia; and that he failed to register as required and did so knowingly.

19. Based on the facts and information presented above, I respectfully submit there is probable cause to believe EASON has violated 18 U.S.C. § 2250.

20. Further, I know, based on my training and experience, that individuals who reside at a residence for a period of time typically collect indicia of residence over time. Such indicia of residence may include personal papers (such as identification and financial documents), electronic devices, mail, and personal belongings such as clothing, and such items are typically stored where the individual resides. Given that there is probable cause to believe that EASON has resided at 121 Glenwood Hollow Rd, Barren Springs, VA 24313 since approximately March of 2021 or earlier, I believe that a search of that address will reveal evidence of EASON's violation of 18 U.S.C. § 2250.

21. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

22. Based on the facts and information presented above, it is respectfully requested that a search warrant be issued for 121 Glenwood Hollow Rd, Barren Springs, VA 24313, as it pertains to the current SORNA investigation of Brandon Lee EASON.

Executed on March 25th, 2024, in Abingdon, Virginia.

_____
Troy Justice

5

Deputy United States Marshal

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 25th DAY OF MARCH, 2024.

*Pamela Meade Sargent*
HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT IN THE
WESTERN DISTRICT OF VIRGINIA

Reviewed by: Whitney D. Pierce, AUSA

## Attachment B

Place to be Searched

121 Glenwood Hollow Rd, Barren Springs, VA 24313.

The following is a photograph of 121 Glenwood Hollow Rd, Barren Springs, VA 24313:



## Attachment C

Items to be Searched for and Seized

1. Brandon Lee EASON, who is currently a fugitive.
2. Indicia of residency, including any and all documents and things relating to EASON's residence in the Western District of Virginia, including financial records, mail, and identification at EASON's residence.
3. Records relating to knowledge of registration requirement, including any and all documents and things relating to EASON's knowledge that he was required to register as a sex offender, including acknowledgement forms, court papers, and correspondence, and any other materials or documents that could establish EASON's knowing failure to register as required.
4. Electronics, including electronic equipment, such as mobile telephones, GPS devices, and any information stored in memory or contained in any related hardware and/or software that could contain evidence related to EASON living in the Western District of Virginia and/or knowingly failing to register as required.